UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF A COMPLAINT OF HAROLD GREENBERG, REGISTERED OWNER of the 2000 62' Nordhaven HIN #: PAI62016C000 in a cause of Exoneration From or Limitation of Liability | CASE NO. 06CV1764 BEN POR<br><br>AMENDED ORDER DIRECTING ISSUANCE OF NOTICE TO CLAIMANTS AND ORDER RESTRAINING ALL OTHER CLAIMS AND PROCEEDINGS<br><br>46 U.S.C § 181, *et seq.*<br>Federal Rules of Civil Procedure<br>Supplemental Rules for Certain Admiralty and Maritime Claims, Rule F |

WHEREAS, pursuant to the Limitation of Liability Act 46 U.S.C. §§ 181-95, and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims ("Supplemental Rules"), a Complaint for Exoneration From or Limitation of Liability ("Complaint") was timely filed in this court on August 30, 2006, by Limitation Plaintiff Harold Greenberg, the owner of a 2000, 62-foot Nordhaven, HIN PAI62016C000 ("Vessel"); and,

WHEREAS, the Complaint seeks Exoneration from and Limitation of Liability for any loss, damage, injury, or demand occasioned or incurred by, on in any way consequent to, an incident involving the Vessel that occurred on or about April 18, 2006, upon a navigable waterway. Specifically, the Pacific Ocean ("Incident");

WHEREAS, a written claim relating to the Incident has been made and other claims may be made against the Vessel and/or Limitation Plaintiff Harold Greenberg; and,

WHEREAS, pursuant to Rule F (1) of the Supplemental Rules, a Declaration of Value was filed on August 30, 2006, that indicated the estimated cash value of the Vessel, after the Incident, is $0.

IT IS HEREBY ORDERED that the Clerk of Court issue the Amended Notice to Claimants attached hereto, admonishing all persons claiming losses, injuries, or damages occasioned or incurred by, or in any way consequent to the Incident, to file their respective claims on or before November 14, 2006;

IT IS FURTHER ORDERED that, pursuant to Rule F (4) of the Supplemental Rules, notice shall be given to all potential claimants by publication of the Amended Notice to Claimants in the San Diego Union Tribune; such notice shall be published once a week for four (4) consecutive weeks prior to November 14, 2006;

IT IS FURTHER ORDERED that, pursuant to Rule F (4) of the Supplemental Rules, not later than the day of the second publication, Limitation Plaintiff Harold Greenberg shall mail a copy of the Amended Notice to Claimants to every person known to have made a claim arising out of the Incident;

IT IS FURTHER ORDERED that the publication and mailing of the Amended Notice to Claimants described herein shall constitute due notice to all persons asserting claims arising out of or in any way relating to the Incident;

IT IS FURTHER ORDERED that, pursuant to Rule F (3) of the Supplemental Rules, the further prosecution of any and all suits, actions, and other proceedings against Limitation Plaintiff Harold Greenberg and/or his property with respect to any claim subject to limitation in this action is hereby enjoined.

THIS AMENDED ORDER shall supersede the previous Order Directing Issuance of Notice to Claimants and Order Restraining all Other Claims and Proceedings filed on September 6, 2006.

IT IS SO ORDERED.

DATED: October 5, 2006

Hon. Roger T. Benitez
United States District Judge

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF A COMPLAINT OF HAROLD GREENBERG, REGISTERED OWNER of the 2000 62' Nordhaven HIN #: PAI62016C000 in a cause of Exoneration From or Limitation of Liability | ) CASE NO. 06CV1764 BEN POR )  )  )  ) AMENDED NOTICE TO CLAIMANTS )  )  ) 46 U.S.C § 181, *et seq.* ) Federal Rules of Civil Procedure ) Supplemental Rules for Certain ) Admiralty and Maritime Claims, Rule F ) |

NOTICE TO CLAIMANTS

On August 30, 2006, Plaintiff-in-Limitation Harold Greenberg, registered owner of a 2000, 62-foot Nordhaven, HIN PAI62016C000 bearing Official Number 1098565 (hereinafter referred to as "the Vessel"), filed a Complaint in the United States District Court for the Southern Division of California, case number: 06CV0987 J (CAB), pursuant to the Limitation of Liability Act, 46 U.S.C. §§ 181-95, and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims (hereinafter referred to as "Supplemental Rules").  The Complaint seeks Exoneration from or Limitation of Liability for any loss, damage, injury, or demand occasioned or incurred by, or in any way consequent to, an incident involving the Vessel that occurred on or about April 18, 2006, upon navigable waters while underway from Mexico to the United States off the coast of Isla Santa Margarita near or around Magdalena Bay at the base of White Bluff, located on the Pacific Side of Isla Santa Margarita, approximately thirty-five (35) miles SSW of Puerto San Carlos (hereinafter referred to as "the Incident").

On August 30, 2006, Pursuant to Rule F(1) of the Supplemental Rules, a Declaration of Value was filed stating that the estimated cash value of the Vessel, after the Incident, is $0.00 due to extensive damage to the vessel and no apparent salvage value.

Pursuant to an Amended Order executed by the United States District Court, Southern District of California on October 4, 2006, any and all persons, natural or otherwise, asserting any claim(s) with respect to any loss, damage, injury, for any act, matter or demand occasioned or incurred by, or in any way consequent to, the Incident, are admonished to appear before this Court, answer each and every allegation of the Complaint, make due proof and file their respective claims with the Clerk of this Court and to serve a copy thereof on James W. Alcantara, the attorney of record for Plaintiff-in-Limitation Harold Greenberg, at Alcantara & Associates, APC, 402 West Broadway, Suite 1170, San Diego, California 92101, on or before November 30, 2006.  If any claimant desires to contest Plaintiff-in-Limitation Harold Greenberg's right to exoneration from or limitation of liability, that claimant shall file and serve on counsel for Plaintiff-in-Limitation Harold Greenberg an answer to the Complaint on or before November 30, 2006, unless the claimant's claim has included an answer to the Complaint.

Further, pursuant to the above-referenced Order and Rule F(3) of the Supplemental Rules, the further prosecution of any and all suits, actions and other proceedings against Plaintiff-in-Limitation Harold Greenberg, and/or his property with respect to any claim subject to limitation in this action has been enjoined.

Dated: October 4, 2006

_____
Clerk of the Court
United States District Court
Southern District of California