1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10  IN THE MATTER OF A COMPLAINT OF          |   Civil No.      06cv1764-BEN-POR
    HAROLD GREENBERG, REGISTERED
11  OWNER OF THE 2000 62" NORDHAVEN          |   **ORDER DECLINING RULING**
    HIN# PAI62016C000 IN A CAUSE OF
12  EXONERATION FROM OR LIMITATION
    OF LIABILITY

13

14         On July 9, 2007, Counsel for the parties in this matter jointly contacted the Court to alert the

15  Court of a potential conflict of interest for counsel for Plaintiff-in-Limitation.  James Alcantara

16  appeared on behalf of Plaintiff-in-Limitation; Edward Bull III appeared on behalf of Claimant.

17  Counsel for the parties are concerned that Plaintiff-in-Limitation's counsel's potential conflict of

18  interest may affect deposition discovery that is presently scheduled in this case.  Based on counsel's

19  description of the potential conflict of interest and this action's status as a limitation-of-liability

20  claim, the Court declines to issue a ruling on this issue without a discovery conference or proper

21  briefing by counsel.

22         IT IS SO ORDERED.

23

24  DATED:  July 10, 2007

25                                              _____
                                                LOUISA S PORTER
26                                              United States Magistrate Judge

27  cc:        The Honorable Roger T. Benitez

28             all parties

                                    - 1 -                                      06cv1764