UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF A COMPLAINT OF HAROLD GREENBERG, REGISTERED OWNER OF THE 2000 62" NORDHAVEN HIN# PAI62016C000 IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | Civil No.   06cv1764-BEN-POR<br><br>**ORDER APPROVING REQUEST TO SUBSTITUTE ATTORNEY** |
|---|---|

On August 21, 2007, Plaintiff-in-Limitation filed a written request to substitute counsel in this case, pursuant to Civil Local Rule 83.3(g)(2). The request is hereby APPROVED. Terence Cox is hereby substituted as the attorney of record for Plaintiff-in-Limitation in place of James Alcantara.

IT IS SO ORDERED.

DATED: August 23, 2007

_____
LOUISA S PORTER
United States Magistrate Judge

cc:	The Honorable Roger T. Benitez

	all parties