# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF A COMPLAINT OF HAROLD GREENBERG, REGISTERED OWNER OF THE 2000 62" NORDHAVEN HIN# PAI62016C000 IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | Civil No.    06cv1764-BEN-POR<br><br>**ORDER SCHEDULING SETTLEMENT CONFERENCE** |

The Court has received a series of letters from counsel in this matter, regarding the progress of ongoing settlement discussions amongst the parties. These letters have been shared with all counsel and shall not be filed with the Clerk of Court, but shall be retained in the chambers file for this case and excluded from evidence under Federal Rule of Evidence 408.

In response to the letters received by the Court, IT IS HEREBY ORDERED that the Court shall hold a <u>telephonic</u> Settlement Conference in this matter, with <u>attorneys only</u>, on **March 6, 2008** at **1:30 p.m.** Counsel for Claimant Sue Saunders shall arrange and initiate the conference call.

DATED: March 4, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc:   John Westover, Attorney at Law, P.O. Box 32748, Phoenix, AZ 85064

Geoff Robb, Gibson Robb and Lindh, 100 First Street Suite 2700, San Francisco, CA 94105

Tim Lord, Lewis Brisbois Bisgaard and Smith, 1 Samsome Street, San Francisco, CA 94104

James Alcantara, Alcantara & Associates, 402 W. Broadway Ste 1170, San Diego, CA 92101